AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

RITA BUCK-CROCKETT

*Plaintiff(s)*

v.

FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES

*Defendant(s)*

Civil Action No. 1:25-cv-20763-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES
by serving its Senior University Counsel, Elizabeth J. Marston, Esq.
Office of the General Counsel
11200 S.W. 8th Street, PC 511
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher C. Sharp, Esq.
Sharp Law Firm, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
phpone: (954) 909-4246
email: chris@csharplawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Feb 19, 2025

Angela E. Noble
Clerk of Court

s/ Clifford Charles

Deputy Clerk
U.S. District Courts